IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMELIA MURPHY                                                              PLAINTIFF

v.                               No. 4:12-cv-118-DPM

AT&T INC.; AT&T CORPORATION;
EOS CCA; and ENHANCED RECOVERY
CORPORATION LLC                                                          DEFENDANTS

ORDER

Murphy's stipulation, *Document No. 10*, does not comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). That provision requires "all parties who have appeared" to sign the stipulation of dismissal. FED. R. CIV. P. 41(a)(1)(A)(ii). In light of the parties' settlement, however, the Court will treat the stipulation as an unopposed motion for voluntary dismissal. The motion is granted; EOS CCA's motion to dismiss, *Document No. 4*, is therefore denied as moot. The Court will withhold entry of judgment until 3 August 2012. The Court declines to retain jurisdiction for an indefinite period. If the parties need more time to consummate their settlement, then they should so move the Court before August 3rd.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2012