# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**AMELIA MURPHY**                                                                            **PLAINTIFF**

v.                                    No. 4:12-cv-118-DPM

**AT&T INC.; AT&T CORPORATION;
EOS CCA; and ENHANCED RECOVERY
CORPORATION LLC**                                                                         **DEFENDANTS**

## JUDGMENT

The Court dismisses Murphy's complaint with prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

31 July 2012